UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR1967 HEA |
| | ) | |
| 2000 WINNEBAGO JOURNEY, | ) | |
| VIN 4UZ6XFBCXYCG20766, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a scheduling conference is set in this matter for

Tuesday, September 28, 2010, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 22nd day of September, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE